IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

MARCY JOHNSON, ET AL.

      Plaintiffs,

v.

WASHINGTON UNIVERSITY, et al.

      Defendants.

Case No: 10-04170-CV-C-NKL

## NOTICE OF SETTLEMENT

**COMES NOW** the parties in this matter, by and through their respective counsel, and hereby notify the Court that the parties have tentatively reached settlement of this matter. Currently, the parties are finalizing the settlement agreement, class notice, and other necessary documents to be offered in support of the Motion for Preliminary Approval of Class Settlement. The parties anticipate filing the Motion for Preliminary Approval by January 31, 2011.

In sum, the settlement provides, *inter alia*, that Defendant will not request, use and/or disclose "highly restricted" drivers license information from the Missouri Department of Revenue ("MO DOR"). In addition, Defendant will pay attorneys' fees, and any costs associated with Class Notice, or other administration costs as set forth in the Settlement Agreement. Also, Defendant agrees to delete social security numbers from the MO DOR data at issue from its systems.

1

Respectfully Submitted,

/s/ Mitchell L. Burgess
**BURGESS & LAMB, P.C.**
Mitchell L. Burgess, MO#47524
Keith C. Lamb, MO#56761
1000 Broadway, Suite 400
Kansas City, Missouri 64105
(816) 471-1700
(816) 471-1701 FAX

**RALPH K. PHALEN ATTNY AT LAW**
Ralph K. Phalen, MO#36687
1000 Broadway, Suite 400
Kansas City, Missouri 64105
(816) 589-0753
(816) 471-1701 FAX

**SAXTON LAW FIRM**
Don P. Saxton, MO#56840
1000 Broadway, Suite 400
Kansas City, Missouri 64105
(816) 471-1700
(816) 471-1701 FAX

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I herby certify that on Decenber 15, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to following:

**ARMSTRONG TEASDALE LLP**
Matthew Duff Turner
Lisa Wood
One Metropolitan Square
Suite 2600
St. Louis, Missouri 63102-2740
(314) 621-5070
(314) 621-5065 FAX

2

**REED SMITH LLP**
Diane Green-Kelly (*pro hac vice* motion pending)
David Z. Smith (*pro hac vice* motion pending)
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
(312) 207-1000
(312) 207-6400 FAX


/s/Mitchell L. Burgess
**ATTORNEYS FOR PLAINTIFFS**

3