IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MARCY A. JOHNSON, et al., :
:
      Plaintiffs, :
:
v. : Case No. 10-04170-CV-C-NKL
:
WASHINGTON UNIVERSITY, et al., :
:
      Defendants. :
:

## DEFENDANTS' DISCLOSURE OF CORPORATE INTERESTS

    COME NOW Defendants Washington University and Washington University Medical Center, by and through counsel, and disclose the following corporate interests:

    A.    Parent companies:    none.

    B.    Subsidiaries not wholly owned by the corporation:

1. BJC Institute of Health at Washington University School of Medicine Condominium Association
2. Campus Integration South Condominium Association
3. Center of Research, Technology and Entrepreneurial Expertise
4. The Children's Discovery Institute
5. Consortium for Graduate Studies in Management
6. DVA/Washington University Healthcare Services of Greater St. Louis, L.L.C. (DaVita)
7. Exegy Incorporated (f/k/a/ Data Search Systems, Inc.
8. Genesis, Ltd.
9. Global Velocity, LLC
10. The Heart Care Institute, L.L.C.
11. Midwest Lithotripsy LLC
12. Midwest Surgical Technologies, LLC
13. Molecular Biology Consortium
14. Pinnacle Consortium of Higher Education
15. The Retina Institute, L.L.C.
16. St. Louis Internet2 Access Consortium, L.L.C.
17. St. Louis Land Company, L.L.C.
18. Southern Medical Center Insurance Company
19. Telecommunications Facilities Corporation
20. University Reciprocal Manager, LLC
21. Washington University Medical Center

C. Affiliates that have issued shares to the public: none.

D. Publicly held corporations owning 10% or more
of defendant's stock: none.

Respectfully submitted,

WASHINGTON UNIVERSITY and
WASHINGTON UNIVERSITY MEDICAL CENTER
*Defendants*

By: /s/ Matthew D. Turner
One of their attorneys

Matthew D. Turner, MO Bar # 48031
ARMSTRONG TEASDALE LLP
3405 West Truman Boulevard, Suite 210
Jefferson City, MO 65109-5713
(573) 636 8394
(573) 636 8457 (facsimile)
mturner@armstrongteasdale.com

Lisa M. Wood, MO Bar # 36720
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105 -1847
(314) 621 5070
(314) 621 5065 (facsimile)
lwood@armstrongteasdale.com

Diane Green-Kelly
David Z. Smith
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
(312) 207 1000
dgreenkelly@reedsmith.com
dzsmith@reedsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

BURGESS & LAMB, P.C.
Mitchell L. Burgess
Keith C. Lamb
1000 Broadway, Suite 400
Kansas City, MO 64105
(816) 471-1700
*Attorneys for Plaintiffs*

SAXTON LAW FIRM
Don P. Saxton
1000 Broadway, Suite 400
Kansas City, MO 64105
(816) 471-1700
*Attorneys for Plaintiffs*

RALPH K. PHALEN ATTNY AT LAW
Ralph K. Phalen
1000 Broadway, Suite 400
Kansas City, MO 64105
(816) 589-0753
*Attorney for Plaintiffs*

        /s/ Matthew D. Turner
         Matthew D. Turner