IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARCY JOHNSON, et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WASHINGTON UNIVERSITY,<br><br>　　　　Defendants. | Case No: 10-04170-CV-C-NKL |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW** Plaintiffs and Defendants by and through their attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulates to the dismissal of Defendant Washington University Medical Center without prejudice. This dismissal does not pertain to Defendant Washington University.

Respectfully Submitted,

/s/ Mitchell L. Burgess
**BURGESS & LAMB, P.C.**
Mitchell L. Burgess, MO#47524
Keith C. Lamb, MO#56761
1000 Broadway, Suite 400
Kansas City, Missouri 64105
(816) 471-1700
(816) 471-1701 FAX

**RALPH K. PHALEN ATTNY AT LAW**
Ralph K. Phalen, MO#36687
1000 Broadway, Suite 400
Kansas City, Missouri 64105
(816) 589-0753
(816) 471-1701 FAX

1

**SAXTON LAW FIRM**
Don P. Saxton, MO#56840
1000 Broadway, Suite 400
Kansas City, Missouri 64105
(816) 471-1700
(816) 471-1701 FAX

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Diane Green-Kelly*
**REED SMITH LLP**
Diane Green-Kelly
David Z. Smith
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I herby certify that on June 30, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to following:

**ARMSTRONG TEASDALE LLP**
Matthew Duff Turner
Lisa Wood
One Metropolitan Square
Suite 2600
St. Louis, Missouri 63102-2740
(314) 621-5070
(314) 621-5065 FAX

**REED SMITH LLP**
Diane Green-Kelly
David Z. Smith
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
(312) 207-1000
(312) 207-6400 FAX


*/s/Mitchell L. Burgess*
**ATTORNEYS FOR PLAINTIFFS**

2