MINUTES OF SETTLEMENT APPROVAL HEARING

Marcy Johnson, et al.,
                v
Washington University, et al.,

Date: November 28, 2011

**Nanette K. Laughrey**     presiding at Jefferson City, Missouri

Nature of Proceeding: Settlement Approval Hearing

Time: 2:12 - 2:17

| APPEARANCES FOR PLAINTIFF | APPEARANCES FOR DEFENDANT |
|---|---|
| Ralph Phalen | David Smith |

Counsel appear in person to request final approval of settlement. No parties appear to make objections. No written objection have been filed. The Court approves the proposed settlement order in the form that it has been submitted and orders that it be filed as of this date.

Court Reporter/CRD: C. James